UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: 12-1141-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Betty D. Mosby, as the Personal Representative for the Estate of Adeline Thomas Mosby,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Pfizer Inc.,<br><br>　　　　　　Defendant. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, Betty D. Mosby, and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

///

///

///

///

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

2

3

4  DATED: July 17, 2012       By: /s/ Phyllis M. Mosby

5                              Phyllis M. Mosby
                               DANVILLE LAW FIRM OF PHYLLIS M. MOSBY,
6                              ATTORNEY AT LAW
                               119 South Union Street
7                              Danville, VA 24541
                               Telephone: (434) 797-2500
8                              Facsimile: (434) 797-2525

9                              *Attorney for Plaintiff*

10

11 DATED: July 17, 2012       By: /s/ Michele Sidrowsky /CKT

12                             DLA PIPER LLP (US)
                               1251 Avenue of the Americas
13                             New York, NY 0020
                               Telephone: (212) 335-4500
14                             Facsimile: (212) 335-4501

15

16                             *Defendants' Liaison Counsel*

17  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
18  IT IS SO ORDERED.**

19

20  Dated: July 19, 2012

21                              Hon.
                                United S
22                                                  IT IS SO ORDERED
23                                                  /s/ Judge Charles R. Breyer
24
25
26
27
28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE