UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: 12-1141-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Betty D. Mosby, as the Personal Representative for the Estate of Adeline Thomas Mosby,<br><br>Plaintiff,<br><br>v.<br><br>Pfizer Inc.,<br><br>Defendant. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, Betty D. Mosby, and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

///

///

///

///

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: July 17, 2012    By: /s/ Phyllis M. Mosby

Phyllis M. Mosby
DANVILLE LAW FIRM OF PHYLLIS M. MOSBY,
ATTORNEY AT LAW
119 South Union Street
Danville, VA 24541
Telephone: (434) 797-2500
Facsimile: (434) 797-2525

*Attorney for Plaintiff*

DATED: July 17, 2012    By: /s/ Michele Sadowsky /CKT

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 0020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 19, 2012

Hon. [Charles R. Breyer]
United States District Court

*IT IS SO ORDERED*
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**